

**Emma Freeman**
100 Dean Street
Suite 101
Brooklyn, NY 11238
Direct: (646) 363-6766
emma@apollo-law.com

March 6, 2024

**VIA ECF**
Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

*Re:  Pumphrey v. Triad Life Sciences, No. 24-60028*

Mr. Cayce,

Appellee Samuel "Tony" Pumphrey requests an order granting a Level 1 extension of 30 days, from March 28, 2024, to and including April 29, 2024,[1] to submit his answering brief in this matter. This is Appellee's first request for an extension. All parties have been contacted, and this request is unopposed. Appellee offers the following in support of his request.

This request for an extension of time is made in good faith. The undersigned, who is primarily responsible for this appeal but was not involved in the case in the district court, requires additional time to research and write Appellee's brief. The requested additional time will ensure the issues presented in this civil case are properly researched and clearly presented for the benefit of the Court.

---

[1] *See* Fed. R. App. Proc. 26(a)(1)(C) ("The following rules apply in computing any time period … When the period is stated in days … include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.").

The undersigned's practice is exceptionally busy. In addition to the press of normal practice, counsel is engaged in or has recently completed significant work in the following matters:

*In re: Judith Rygwall*, No. A22-1376 (Minn.): Counsel represents the plaintiff-appellant in this wrongful-death case in the Minnesota Supreme Court. Oral argument is scheduled for March 13, 2024.

*Grigg v. Union Pacific Railroad Co.*, No. 4:21-cv-03124-JFB-SMB (D. Neb.): Counsel is litigating this putative class action alleging that Union Pacific engaged in a pattern and practice of discriminating against the plaintiff and similarly situated hearing-impaired employees. Counsel is responsible for numerous ongoing discovery-related tasks.

*Roberson v. Kansas City Southern Railway Co.*, No. 4:22-cv-00358-RK (W.D. Mo.): Counsel represents the plaintiffs in this putative class action alleging that Kansas City Southern Railway is miscalculating employees' FMLA leave and interfering with their right to take such leave. Counsel is actively working on the plaintiffs' class-certification motion, which is due on March 14, 2024.

*Turner v. BNSF Railway Co.*, No. 24-10031 (5th Cir.): Counsel represents the Appellant in this appeal of the district court's decision granting the defendants' motion for judgment on the pleadings. Appellant's brief is currently due on April 4, 2024.

These matters, among others, have diminished the time available to give the brief in this case the significant attention it demands.

In light of the obligations of counsel in other matters, the request to extend should be granted. The requested additional time sought is necessary to ensure that the issues presented in this civil case are properly researched and clearly presented for the benefit of the Court.

The extension of time will not cause exorbitant delay and will ultimately aid the Court in reaching a just and efficient resolution of this case.

      For the foregoing reasons, Appellee respectfully requests an order granting a 30-day extension of time, from March 28, 2024, to and including April 29, 2024, to submit his principal brief and record excerpts in this matter.

Dated: March 6, 2024           Respectfully submitted,

                               s/Emma Freeman
                               Emma Freeman
                                     *Counsel of Record*
                               APOLLO LAW LLC
                               1000 Dean Street
                               Suite 101
                               Brooklyn, NY 11238
                               (646) 363-6763
                               emma@apollo-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March, 2024, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 6, 2024                       s/Emma Freeman
                                                       Emma Freeman